```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section                JS - 6
 5  P. GREG PARHAM
    California Bar No. 140310
 6  Special Assistant United States Attorney
    Asset Forfeiture Section
 7     Federal Courthouse, 14th Floor
       312 North Spring Street
 8     Los Angeles, California 90012
       Telephone:  (213) 894-0304
 9     Facsimile:   (213) 894-7177
       E-mail: Greg.Parham@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

                    UNITED STATES DISTRICT COURT

                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

                             WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. 2:08-cv-07550-FMC-AGRx |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT JUDGMENT OF** |
| | ) | **FORFEITURE** |
| $23,990.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————————— | ) | |
| | ) | |
| BABAK RAMEZANI, | ) | |
| | ) | |
| Claimant. | ) | |
| ——————————————— | ) | |

     This action was filed on November 14, 2008.  Notice was given
and published in accordance with law.  Claimant Babak Ramezani
("claimant") filed a verified claim of interest on January 16,

2009, and an answer on April 21, 2009.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant $23,990.00 in U.S. currency ("defendant currency") other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $17,990.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $6,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant Babak Ramezani, and be returned in care of his attorney, Mitchell B. Young.  Said funds shall be forwarded by a check made payable in the amount of $6,000.00 to the "Law Offices of Mitchell B. Young and

|   |   |   |
|---|---|---|
| 1 |   | Babak Ramezani," and shall be mailed to Mitchell B. |
| 2 |   | Young, 1379 Park Western Drive, #213, San Pedro, CA |
| 3 |   | 90732-2217 . |
| 4 | 5. | Claimant hereby releases the United States of America, |
| 5 |   | its agencies, agents, and officers, including employees |
| 6 |   | and agents of the Drug Enforcement Administration, from |
| 7 |   | any and all claims, actions or liabilities arising out of |
| 8 |   | or related to this action, including, without limitation, |
| 9 |   | any claim for attorney's fees, costs or interest which |
| 10 |   | may be asserted on behalf of the claimant, whether |
| 11 |   | pursuant to 28 U.S.C. § 2465 or otherwise. |
| 12 | 6. | The court finds that there was reasonable cause for the |
| 13 |   | seizure of the defendant currency and institution of |
| 14 |   | these proceedings.  This judgment shall be construed as |
| 15 |   | a certificate of reasonable cause pursuant to 28 U.S.C. |
| 16 |   | § 2465. |

Dated: October 20, 2009

_____
THE HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

3

1 | **Approved as to form and content:**

2 | Dated: October    , 2009     GEORGE S. CARDONA
                                 Acting United States Attorney
3 |                              CHRISTINE C. EWELL
                                 Assistant United States Attorney
4 |                              Chief, Criminal Division
                                 STEVEN R. WELK
5 |                              Assistant United States Attorney
                                 Chief, Asset Forfeiture Section
6 |

                                 _____
7 |                              P. GREG PARHAM
                                 Special Assistant United States Attorney
8 |                              Asset Forfeiture Section

9 |                              Attorneys for Plaintiff
                                 United States of America
10 |

11 | Dated: October    , 2009

12 |                             _____
                                 MITCHELL B. YOUNG
13 |                             Attorney for Claimant
                                 BABAK RAMEZANI

4